# Earnings Statement

**WANDA DAVIS**

Company: 0MC47 - ATLANTICUS SERVICES CORPORATION
5 CONCOURSE PARKWAY
ATLANTA, GA   30328   (770) 828-2000

Pay Date: 05/15/2018
Period Start: 05/01/2018
Period End: 05/15/2018

Emp #: A032
Dept: 550000
Pay Basis: Salary

|  | Rate | Hours/Units | Current Period | Year To Date |  |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 36.34 | 86.67 | 3150.00 | 27768.48 | |
| PTO - Atlanticus | 36.34 | 0.00 | 0.00 | 581.52 | |
| Restricted Stock 2 | | | 0.00 | 1332.00 | *In/Out |
| **Gross** | | 86.67 | 3150.00 | 29682.00 | |
| **W/H Taxes** | | | | | |
| Federal W/H(S/2) | | | 402.34 | 4001.48 | |
| Medicare | | | 44.92 | 423.59 | |
| Social Security | | | 192.07 | 1811.21 | |
| Georgia State W/H(S/1) | | | 164.70 | 1562.22 | |
| **Deductions** | | | | | |
| Agea Loan | | | 208.33 | 1874.97 | |
| Cell Phone Reimbursement (-) | | | -25.00 | -225.00 | |
| Dental Pre-Tax | | | 7.72 | 69.48 | |
| HSA Pre-Tax | | | 20.83 | 187.47 | |
| Medical Pre-Tax | | | 20.91 | 188.19 | |
| Tax Off-Set Deduction | | | 0.00 | -476.00 | |
| Vision Pre-Tax | | | 2.71 | 24.39 | |
| **Net Pay** | | | 2110.47 | 18908.00 | Voucher No. 134482895DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 610.47 | 5408.00 | A/C:1187 |
| Direct Dep. Distribution 1 | | | 1500.00 | 13500.00 | A/C:1960 |

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| PTO - Atlanticus Hours | 6.67 | 146.72 | 56.00 | 90.72 |

Voucher No. 134482895DD

ATLANTICUS SERVICES CORPORATION
5 CONCOURSE PARKWAY
ATLANTA, GA  30328

DATE: 05/15/2018

**Net Pay:**                                                                                     2110.47

Two Thousand One Hundred Ten And 47/100 Dollars

WANDA DAVIS
6355 PEACHTREE DUNWOODY RD NE #426
ATLANTA, GA  30328

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**WANDA DAVIS**

Company: 0MC47 - ATLANTICUS SERVICES CORPORATION
5 CONCOURSE PARKWAY
ATLANTA, GA   30328    (770) 828-2000

Pay Date: 04/30/2018
Period Start: 04/16/2018
Period End: 04/30/2018

Emp #: A032
Dept: 550000
Pay Basis: Salary

|  | Rate | Hours/Units | Current Period | Year To Date |  |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 36.34 | 78.67 | 2859.24 | 24618.48 | |
| PTO - Atlanticus | 36.34 | 8.00 | 290.76 | 581.52 | |
| Restricted Stock 2 | | | 0.00 | 1332.00 | *In/Out |
| **Gross** | | 86.67 | 3150.00 | 26532.00 | |
| **W/H Taxes** | | | | | |
| Federal W/H(S/2) | | | 402.34 | 3599.14 | |
| Medicare | | | 44.92 | 378.67 | |
| Social Security | | | 192.07 | 1619.14 | |
| Georgia State W/H(S/1) | | | 164.70 | 1397.52 | |
| **Deductions** | | | | | |
| Agea Loan | | | 208.33 | 1666.64 | |
| Cell Phone Reimbursement (-) | | | -25.00 | -200.00 | |
| Dental Pre-Tax | | | 7.72 | 61.76 | |
| HSA Pre-Tax | | | 20.83 | 166.64 | |
| Medical Pre-Tax | | | 20.91 | 167.28 | |
| Tax Off-Set Deduction | | | 0.00 | -476.00 | |
| Vision Pre-Tax | | | 2.71 | 21.68 | |
| **Net Pay** | | | 2110.47 | 16797.53 | Voucher No. 132324813DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 610.47 | 4797.53 | A/C:1187 |
| Direct Dep. Distribution 1 | | | 1500.00 | 12000.00 | A/C:1960 |

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| PTO - Atlanticus Hours | 6.67 | 140.05 | 56.00 | 84.05 |

Voucher No. 132324813DD

ATLANTICUS SERVICES CORPORATION
5 CONCOURSE PARKWAY
ATLANTA, GA  30328

DATE: 04/30/2018

**Net Pay:** 2110.47

Two Thousand One Hundred Ten And 47/100 Dollars

WANDA DAVIS
6355 PEACHTREE DUNWOODY RD NE #426
ATLANTA, GA  30328

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**WANDA DAVIS**

Company: 0MC47 - ATLANTICUS SERVICES CORPORATION
5 CONCOURSE PARKWAY
ATLANTA, GA  30328    (770) 828-2000

Pay Date: 04/13/2018
Period Start: 04/01/2018
Period End: 04/15/2018

Emp #: A032
Dept: 550000
Pay Basis: Salary

|  | Rate | Hours/Units | Current Period | Year To Date |  |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 36.34 | 86.67 | 3150.00 | 21759.24 | |
| PTO - Atlanticus | 36.34 | 0.00 | 0.00 | 290.76 | |
| Restricted Stock 2 | | | 0.00 | 1332.00 | *In/Out |
| **Gross** | | 86.67 | 3150.00 | 23382.00 | |
| **W/H Taxes** | | | | | |
| Federal W/H(S/2) | | | 402.34 | 3196.80 | |
| Medicare | | | 44.92 | 333.75 | |
| Social Security | | | 192.07 | 1427.07 | |
| Georgia State W/H(S/1) | | | 164.70 | 1232.82 | |
| **Deductions** | | | | | |
| Agea Loan | | | 208.33 | 1458.31 | |
| Cell Phone Reimbursement (-) | | | -25.00 | -175.00 | |
| Dental Pre-Tax | | | 7.72 | 54.04 | |
| HSA Pre-Tax | | | 20.83 | 145.81 | |
| Medical Pre-Tax | | | 20.91 | 146.37 | |
| Tax Off-Set Deduction | | | 0.00 | -476.00 | |
| Vision Pre-Tax | | | 2.71 | 18.97 | |
| **Net Pay** | | | 2110.47 | 14687.06 | Voucher No. 130129253DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 610.47 | 4187.06 | A/C:1187 |
| Direct Dep. Distribution 1 | | | 1500.00 | 10500.00 | A/C:1960 |

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| PTO - Atlanticus Hours | 6.67 | 133.38 | 48.00 | 85.38 |

Voucher No. 130129253DD

ATLANTICUS SERVICES CORPORATION
5 CONCOURSE PARKWAY
ATLANTA, GA  30328

DATE: 04/13/2018

**Net Pay:** 2110.47

Two Thousand One Hundred Ten And 47/100 Dollars

WANDA DAVIS
6355 PEACHTREE DUNWOODY RD NE #426
ATLANTA, GA  30328

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**WANDA DAVIS**

|  |  | Company: 0MC47 - ATLANTICUS SERVICES | |
|---|---|---|---|
| Pay Date: | 03/30/2018 | CORPORATION | Emp #: A032 |
| Period Start: | 03/16/2018 | 5 CONCOURSE PARKWAY | Dept: 550000 |
| Period End: | 03/31/2018 | ATLANTA, GA   30328   (770) 828-2000 | Pay Basis: Salary |

|  |  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | 36.34 | 78.67 | 2859.24 | 18609.24 |
| PTO - Atlanticus | | 36.34 | 8.00 | 290.76 | 290.76 |
| Restricted Stock 2 | | | | 0.00 | 1332.00 |
| | **Gross** | | 86.67 | 3150.00 | 20232.00 |
| **W/H Taxes** | | | | | |
| Federal W/H(S/2) | | | | 402.34 | 2794.46 |
| Medicare | | | | 44.92 | 288.83 |
| Social Security | | | | 192.07 | 1235.00 |
| Georgia State W/H(S/1) | | | | 164.70 | 1068.12 |
| **Deductions** | | | | | |
| Agea Loan | | | | 208.33 | 1249.98 |
| Cell Phone Reimbursement (-) | | | | -25.00 | -150.00 |
| Dental Pre-Tax | | | | 7.72 | 46.32 |
| HSA Pre-Tax | | | | 20.83 | 124.98 |
| Medical Pre-Tax | | | | 20.91 | 125.46 |
| Tax Off-Set Deduction | | | | 0.00 | -476.00 |
| Vision Pre-Tax | | | | 2.71 | 16.26 |
| | **Net Pay** | | | 2110.47 | 12576.59  Voucher No. 128288901DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | | 610.47 | 3576.59 A/C:1187 |
| Direct Dep. Distribution 1 | | | | 1500.00 | 9000.00 A/C:1960 |

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| PTO - Atlanticus Hours | 6.67 | 126.71 | 48.00 | 78.71 |

Voucher No. 128288901DD

ATLANTICUS SERVICES CORPORATION
5 CONCOURSE PARKWAY
ATLANTA, GA  30328

DATE: 03/30/2018

**Net Pay:** 2110.47

Two Thousand One Hundred Ten And 47/100 Dollars

WANDA DAVIS
6355 PEACHTREE DUNWOODY RD NE #426
ATLANTA, GA  30328

For Record Purposes Only
**NON-NEGOTIABLE**